In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-061 CV


____________________



TERRY K. ELDRIDGE, Appellant



V.



ERIC E. ELDRIDGE, SR., Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 03-03-02268-CV






MEMORANDUM OPINION


 The appellant, Terry K. Eldridge, filed a motion to dismiss this appeal. The Court
finds that this motion is voluntarily made by the appellant prior to any decision of this
Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice
of appeal. The motion to dismiss is granted and the appeal is therefore dismissed. The
mandate shall issue immediately by agreement of the parties. Tex. R. App. P. 10.1(c).

 APPEAL DISMISSED.

 ______________________

 DAVID GAULTNEY

 Justice


Opinion Delivered October 27, 2005 

Before McKeithen, C.J., Gaultney and Horton, JJ.